**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lisa M. Francis aka Lisa M. Polisano
Debtor(s)

CHAPTER 13

BKY. NO. 26-13796-PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
20 Sep 2026, 18:58:55, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322