**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **LISA M. FRANCIS** | : | **CHAPTER 13** |
| | | : | |
| | **Debtor(s)** | : | **BANKRUPTCY NO. 26-13796** |

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify, pursuant to the penalty of perjury, that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of the original Plan by regular mail to the addresses indicated on the attached Matrix:

/s/Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: September 22, 2026

Trustee Kenneth West

U.S. Trustee

Debtor

All Creditors on Matrix

Aaron Francis

Barclays Bank Delaware
PO Box 8801
Wilmington, DE 19899

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One
Po Box 31293
Salt Lake City, UT 84131

Citibank
Attn: Bankruptcy Department
P.O.Box 790046
St. Louis, MO 63179

Citibank
Po Box 6217
Sioux Falls, SD 57117

M & T Bank
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

M & T Bank
Po Box 900
Millsboro, DE 19966

Onemain Financial
601 NW 2nd Street
Evansville, IN 47708

Toyota Motor Credit
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Young, Marr, Mallis & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020