# Wage Statement

CENTENNIAL SCHOOL DISTRICT, PA

| Employer | Employee # 001220 |
|---|---|
| Centennial School District<br>48 Swan Way<br>Warminster, PA 18974<br>Phone: | Francis, Lisa M<br>6348 Militia Ct<br>Bensalem, PA 19020-1912<br>Phone: 215-750-3248 |

| SSN | Tax Exemptions | | Period Start | Period End | Check Date | Check Nbr | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|
| ***-**-**** | FED-S-0 | PA-S-0 | 09/05/2026 | 09/18/2026 | 09/18/2026 | 9000052494 | 4,699.85 | 2,721.23 |

| Pay | Rate | Factor | Amount | Hours | Calendar YTD | Additional Information |
|---|---|---|---|---|---|---|
| Salary | 4,699.8500 | 1.0000 | 4,699.85 | 67.5000 | 14,099.55 | |
| Salary | | | | | 66,938.47 | |
| Co-Curr: Year | | | | | 375.00 | |
| **Totals:** | | | **4,699.85** | **67.5000** | **81,413.02** | |

| Deduction | Amount | Calendar YTD | PreTax |
|---|---|---|---|
| Federal Income | 574.27 | 9,462.51 | |
| Retirement 7.50 | 352.49 | 6,105.96 | Y |
| 403B LINC FIN % | 281.99 | 4,651.84 | Y |
| Social Security | 276.38 | 4,783.34 | |
| MEDICAL FSA | 141.67 | 2,550.06 | Y |
| StateTax-PA | 136.85 | 2,368.51 | |
| QPOS 15/30 | 72.55 | 1,271.22 | Y |
| Medicare | 64.64 | 1,118.66 | |
| Local Wage Tax | 44.58 | 771.49 | |
| PRESCRIPTION | 23.23 | 356.82 | Y |
| DELTA DENTAL | 4.65 | 83.70 | Y |
| PA Unemp Comp | 3.29 | 57.03 | |
| LST - UpS Twp | 2.00 | 38.00 | |
| VBA VISION | 0.03 | 0.54 | Y |
| DUES Full Time | | 400.00 | |
| **Totals:** | **1,976.62** | **34,019.68** | |

| Benefit | Amount | Calendar YTD | Taxable |
|---|---|---|---|
| Retirement 7.50 | 1,578.68 | 27,622.61 | |
| EMPLOYR MEDICAL | 290.19 | 5,085.06 | |
| Social Security | 276.38 | 4,783.34 | |
| EMPLOYER RX | 92.90 | 1,441.86 | |
| Medicare | 64.64 | 1,118.66 | |
| PA Workmens Com | 23.50 | 407.06 | |
| EMPLOYER DENTAL | 18.61 | 334.98 | |
| CEA LTD EMPLYER | 2.40 | 43.20 | |
| LIFE INS EMPLYR | 1.75 | 31.50 | |
| EMPLOYER VBA | 0.13 | 2.34 | |
| FSA MED EMPLYR | | 100.00 | |
| **Totals:** | **2,349.18** | **40,970.61** | |

# Wage Statement

**CENTENNIAL SCHOOL DISTRICT, PA**

| Employer | Employee # 001220 |
|---|---|
| Centennial School District<br>48 Swan Way<br>Warminster, PA 18974<br>Phone: | Francis, Lisa M<br>6348 Militia Ct<br>Bensalem, PA 19020-1912<br>Phone: 215-750-3248 |

| SSN | Tax Exemptions | | Period Start | Period End | Check Date | Check Nbr | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|
| ***-**-**** | FED-S-0 | PA-S-0 | 08/22/2026 | 09/04/2026 | 09/04/2026 | 9000051696 | 4,699.85 | 2,721.23 |

| Pay | Rate | Factor | Amount | Hours | Calendar YTD | Additional Information |
|---|---|---|---|---|---|---|
| Salary | 4,699.8500 | 1.0000 | 4,699.85 | 60.0000 | 9,399.70 | |
| Salary | | | | | 66,938.47 | |
| Co-Curr: Year | | | | | 375.00 | |
| **Totals:** | | | **4,699.85** | **60.0000** | **76,713.17** | |

| Deduction | Amount | Calendar YTD | PreTax |
|---|---|---|---|
| Federal Income | 574.27 | 8,888.24 | |
| Retirement 7.50 | 352.49 | 5,753.47 | Y |
| 403B LINC FIN % | 281.99 | 4,369.85 | Y |
| Social Security | 276.38 | 4,506.96 | |
| MEDICAL FSA | 141.67 | 2,408.39 | Y |
| StateTax-PA | 136.85 | 2,231.66 | |
| QPOS 15/30 | 72.55 | 1,198.67 | Y |
| Medicare | 64.64 | 1,054.02 | |
| Local Wage Tax | 44.58 | 726.91 | |
| PRESCRIPTION | 23.23 | 333.59 | Y |
| DELTA DENTAL | 4.65 | 79.05 | Y |
| PA Unemp Comp | 3.29 | 53.74 | |
| LST - UpS Twp | 2.00 | 36.00 | |
| VBA VISION | 0.03 | 0.51 | Y |
| DUES Full Time | | 400.00 | |
| **Totals:** | **1,978.62** | **32,041.06** | |

| Benefit | Amount | Calendar YTD | Taxable |
|---|---|---|---|
| Retirement 7.50 | 1,578.68 | 26,043.93 | |
| EMPLOYR MEDICAL | 290.19 | 4,794.87 | |
| Social Security | 276.38 | 4,506.96 | |
| EMPLOYER RX | 92.90 | 1,348.96 | |
| Medicare | 64.64 | 1,054.02 | |
| PA Workmens Com | 23.50 | 383.56 | |
| EMPLOYER DENTAL | 18.61 | 316.37 | |
| CEA LTD EMPLYER | 2.40 | 40.80 | |
| LIFE INS EMPLYR | 1.75 | 29.75 | |
| EMPLOYER VBA | 0.13 | 2.21 | |
| FSA MED EMPLYR | | 100.00 | |
| **Totals:** | **2,349.18** | **38,621.43** | |

# Wage Statement

**CENTENNIAL SCHOOL DISTRICT, PA**

| Employer | Employee # 001220 |
|---|---|
| Centennial School District<br>48 Swan Way<br>Warminster, PA 18974<br>Phone: | Francis, Lisa M<br>6348 Militia Ct<br>Bensalem, PA 19020-1912<br>Phone: 215-750-3248 |

| SSN | Tax Exemptions | | Period Start | Period End | Check Date | Check Nbr | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|
| ***-**-**** | FED-S-0 | PA-S-0 | 08/08/2026 | 08/21/2026 | 08/21/2026 | 9000051138 | 4,699.85 | 2,723.65 |

| Pay | Rate | Factor | Amount | Hours | Calendar YTD | Additional Information |
|---|---|---|---|---|---|---|
| Salary | 4,699.8500 | 1.0000 | 4,699.85 | 0.0000 | 4,699.85 | |
| Salary | | | | | 66,938.47 | |
| Co-Curr: Year | | | | | 375.00 | |
| **Totals:** | | | **4,699.85** | **0.0000** | **72,013.32** | |

| Deduction | Amount | Calendar YTD | PreTax |
|---|---|---|---|
| Federal Income | 575.07 | 8,313.97 | |
| Retirement 7.50 | 352.49 | 5,400.98 | Y |
| 403B LINC FIN % | 281.99 | 4,087.86 | Y |
| Social Security | 276.60 | 4,230.58 | |
| MEDICAL FSA | 141.67 | 2,266.72 | Y |
| StateTax-PA | 136.96 | 2,094.81 | |
| QPOS 15/30 | 72.55 | 1,126.12 | Y |
| Medicare | 64.69 | 989.38 | |
| Local Wage Tax | 44.61 | 682.33 | |
| PRESCRIPTION | 19.60 | 310.36 | Y |
| DELTA DENTAL | 4.65 | 74.40 | Y |
| PA Unemp Comp | 3.29 | 50.45 | |
| LST - UpS Twp | 2.00 | 34.00 | |
| VBA VISION | 0.03 | 0.48 | Y |
| DUES Full Time | | 400.00 | |
| **Totals:** | **1,976.20** | **30,062.44** | |

| Benefit | Amount | Calendar YTD | Taxable |
|---|---|---|---|
| Retirement 7.50 | 1,578.68 | 24,465.25 | |
| EMPLOYR MEDICAL | 290.19 | 4,504.68 | |
| Social Security | 276.60 | 4,230.58 | |
| EMPLOYER RX | 92.90 | 1,256.06 | |
| Medicare | 64.69 | 989.38 | |
| PA Workmens Com | 23.50 | 360.06 | |
| EMPLOYER DENTAL | 18.61 | 297.76 | |
| CEA LTD EMPLYER | 2.40 | 38.40 | |
| LIFE INS EMPLYR | 1.75 | 28.00 | |
| EMPLOYER VBA | 0.13 | 2.08 | |
| FSA MED EMPLYR | | 100.00 | |
| **Totals:** | **2,349.45** | **36,272.25** | |

# Wage Statement

**CENTENNIAL SCHOOL DISTRICT, PA**

| Employer | Employee # 001220 |
|---|---|
| Centennial School District<br>48 Swan Way<br>Warminster, PA 18974<br>Phone: | Francis, Lisa M<br>6348 Militia Ct<br>Bensalem, PA 19020-1912<br>Phone: 215-750-3248 |

| SSN | Tax Exemptions | | Period Start | Period End | Check Date | Check Nbr | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|
| ***-**-**** | FED-S-0 | PA-S-0 | 07/25/2026 | 08/07/2026 | 08/07/2026 | 9000050214 | 3,538.14 | 2,073.59 |

| Pay | Rate | Factor | Amount | Hours | Calendar YTD | Additional Information |
|---|---|---|---|---|---|---|
| Salary | 3,538.1400 | 1.0000 | 3,538.14 | 0.0000 | 66,938.47 | |
| Co-Curr: Year | | | | | 375.00 | |
| **Totals:** | | | **3,538.14** | **0.0000** | **67,313.47** | |

| Deduction | Amount | Calendar YTD | PreTax |
|---|---|---|---|
| Federal Income | 352.93 | 7,738.90 | |
| Retirement 7.50 | 265.36 | 5,048.49 | Y |
| 403B LINC FIN % | 212.29 | 3,805.87 | Y |
| Social Security | 204.28 | 3,953.98 | |
| MEDICAL FSA | 141.67 | 2,125.05 | Y |
| StateTax-PA | 101.15 | 1,957.85 | |
| QPOS 15/30 | 72.55 | 1,053.57 | Y |
| Medicare | 47.77 | 924.69 | |
| Local Wage Tax | 32.95 | 637.72 | |
| PRESCRIPTION | 24.44 | 290.76 | Y |
| DELTA DENTAL | 4.65 | 69.75 | Y |
| PA Unemp Comp | 2.48 | 47.16 | |
| LST - UpS Twp | 2.00 | 32.00 | |
| VBA VISION | 0.03 | 0.45 | Y |
| DUES Full Time | | 400.00 | |
| **Totals:** | **1,464.55** | **28,086.24** | |

| Benefit | Amount | Calendar YTD | Taxable |
|---|---|---|---|
| Retirement 7.50 | 1,202.97 | 22,886.57 | |
| EMPLOYR MEDICAL | 290.19 | 4,214.49 | |
| Social Security | 204.28 | 3,953.98 | |
| EMPLOYER RX | 97.76 | 1,163.16 | |
| Medicare | 47.77 | 924.69 | |
| EMPLOYER DENTAL | 18.61 | 279.15 | |
| PA Workmens Com | 17.69 | 336.56 | |
| CEA LTD EMPLYER | 2.40 | 36.00 | |
| LIFE INS EMPLYR | 1.75 | 26.25 | |
| EMPLOYER VBA | 0.13 | 1.95 | |
| FSA MED EMPLYR | | 100.00 | |
| **Totals:** | **1,883.55** | **33,922.80** | |

# Wage Statement

CENTENNIAL SCHOOL DISTRICT, PA

| Employer | Employee # 001220 |
|---|---|
| Centennial School District<br>48 Swan Way<br>Warminster, PA 18974<br>Phone: | Francis, Lisa M<br>6348 Militia Ct<br>Bensalem, PA 19020-1912<br>Phone: 215-750-3248 |

| SSN | Tax Exemptions | | Period Start | Period End | Check Date | Check Nbr | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|
| ***-**-**** | FED-S-0 | PA-S-0 | 07/11/2026 | 07/24/2026 | 07/24/2026 | 9000049551 | 3,538.14 | 2,073.59 |

| Pay | Rate | Factor | Amount | Hours | Calendar YTD | Additional Information |
|---|---|---|---|---|---|---|
| Salary | 3,538.1400 | 1.0000 | 3,538.14 | 0.0000 | 63,400.33 | |
| Co-Curr: Year | | | | | 375.00 | |
| **Totals:** | | | **3,538.14** | **0.0000** | **63,775.33** | |

| Deduction | Amount | Calendar YTD | PreTax |
|---|---|---|---|
| Federal Income | 352.93 | 7,385.97 | |
| Retirement 7.50 | 265.36 | 4,783.13 | Y |
| 403B LINC FIN % | 212.29 | 3,593.58 | Y |
| Social Security | 204.28 | 3,749.70 | |
| MEDICAL FSA | 141.67 | 1,983.38 | Y |
| StateTax-PA | 101.15 | 1,856.70 | |
| QPOS 15/30 | 72.55 | 981.02 | Y |
| Medicare | 47.77 | 876.92 | |
| Local Wage Tax | 32.95 | 604.77 | |
| PRESCRIPTION | 24.44 | 266.32 | Y |
| DELTA DENTAL | 4.65 | 65.10 | Y |
| PA Unemp Comp | 2.48 | 44.68 | |
| LST - UpS Twp | 2.00 | 30.00 | |
| VBA VISION | 0.03 | 0.42 | Y |
| DUES Full Time | | 400.00 | |
| **Totals:** | **1,464.55** | **26,621.69** | |

| Benefit | Amount | Calendar YTD | Taxable |
|---|---|---|---|
| Retirement 7.50 | 1,202.97 | 21,683.60 | |
| EMPLOYR MEDICAL | 290.19 | 3,924.30 | |
| Social Security | 204.28 | 3,749.70 | |
| EMPLOYER RX | 97.76 | 1,065.40 | |
| Medicare | 47.77 | 876.92 | |
| EMPLOYER DENTAL | 18.61 | 260.54 | |
| PA Workmens Com | 17.69 | 318.87 | |
| CEA LTD EMPLYER | 2.40 | 33.60 | |
| LIFE INS EMPLYR | 1.75 | 24.50 | |
| EMPLOYER VBA | 0.13 | 1.82 | |
| FSA MED EMPLYR | | 100.00 | |
| **Totals:** | **1,883.55** | **32,039.25** | |

# Wage Statement

**CENTENNIAL SCHOOL DISTRICT, PA**

| Employer | Employee # 001220 |
|---|---|
| Centennial School District<br>48 Swan Way<br>Warminster, PA 18974<br>Phone: | Francis, Lisa M<br>6348 Militia Ct<br>Bensalem, PA 19020-1912<br>Phone: 215-750-3248 |

| SSN | Tax Exemptions | | Period Start | Period End | Check Date | Check Nbr | Gross Pay | Net Pay |
|---|---|---|---|---|---|---|---|---|
| ***-**-**** | FED-S-0 | PA-S-0 | 06/27/2026 | 07/10/2026 | 07/10/2026 | 9000048721 | 3,538.14 | 2,073.59 |

| Pay | Rate | Factor | Amount | Hours | Calendar YTD | Additional Information |
|---|---|---|---|---|---|---|
| Salary | 3,538.1400 | 1.0000 | 3,538.14 | 0.0000 | 59,862.19 | |
| Co-Curr: Year | | | | | 375.00 | |
| **Totals:** | | | **3,538.14** | **0.0000** | **60,237.19** | |

| Deduction | Amount | Calendar YTD | PreTax |
|---|---|---|---|
| Federal Income | 352.93 | 7,033.04 | |
| Retirement 7.50 | 265.36 | 4,517.77 | Y |
| 403B LINC FIN % | 212.29 | 3,381.29 | Y |
| Social Security | 204.28 | 3,545.42 | |
| MEDICAL FSA | 141.67 | 1,841.71 | Y |
| StateTax-PA | 101.15 | 1,755.55 | |
| QPOS 15/30 | 72.55 | 908.47 | Y |
| Medicare | 47.77 | 829.15 | |
| Local Wage Tax | 32.95 | 571.82 | |
| PRESCRIPTION | 24.44 | 241.88 | Y |
| DELTA DENTAL | 4.65 | 60.45 | Y |
| PA Unemp Comp | 2.48 | 42.20 | |
| LST - UpS Twp | 2.00 | 28.00 | |
| VBA VISION | 0.03 | 0.39 | Y |
| DUES Full Time | | 400.00 | |
| **Totals:** | **1,464.55** | **25,157.14** | |

| Benefit | Amount | Calendar YTD | Taxable |
|---|---|---|---|
| Retirement 7.50 | 1,202.97 | 20,480.63 | |
| EMPLOYR MEDICAL | 290.19 | 3,634.11 | |
| Social Security | 204.28 | 3,545.42 | |
| EMPLOYER RX | 97.76 | 967.64 | |
| Medicare | 47.77 | 829.15 | |
| EMPLOYER DENTAL | 18.61 | 241.93 | |
| PA Workmens Com | 17.69 | 301.18 | |
| CEA LTD EMPLYER | 2.40 | 31.20 | |
| LIFE INS EMPLYR | 1.75 | 22.75 | |
| EMPLOYER VBA | 0.13 | 1.69 | |
| FSA MED EMPLYR | | 100.00 | |
| **Totals:** | **1,883.55** | **30,155.70** | |